**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Kweicena M. Korpah,<br><br>Debtor. | Chapter 7<br><br>Case No. 1-20-40532-cec |

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the undersigned that the time periods for the Trustee, creditors, and the United States Trustee to object to the discharge of the Debtor, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until July 3, 2020.

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 4, 2020 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000 |
| Dated: Brooklyn, New York<br>March 4, 2020 | LAW OFFICES OF GREGORY A. FLOOD<br>*Attorneys for the Debtor*<br><br>By: /s/ Gregory A. Flood<br>Gregory A. Flood (floodlaw@yahoo.com)<br>900 South Ave - Ste 300<br>Staten Island, NY 10314-3428<br>Tel: (718) 568-3678 |