

**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Tel: (631) 844-9611 • Fax: (631) 844-9525

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

July 1, 2020

Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

  RE: Kweicena M. Korpah
    Chapter 7
    Case Number: 1-20-40532-CEC
    SD&B File Number: 15-041990

Dear Chief Judge Craig:

This loss mitigation status letter is submitted on behalf of Carrington Mortgage Services, LLC as servicer for Bank of America, N.A., a secured creditor of the above referenced Debtor.

On March 24, 2020 an order was entered directing our client and Debtor to participate in loss mitigation. On March 26, 2020 a financial package was provided to Debtor and Debtor's Counsel  The financial package was submitted by Debtor's attorney on April 17, 2020, with additional documents submitted on April 22, 2020 and May 12, 2020. As we reported at the last Loss Mitigation Status Conference held before this Court on May 14, 2020, there were still a few documents outstanding that Debtor was gathering for submission. Since then, our office has followed up with Counsel for Debtor on four occasions with no response.

Based on the foregoing we will be requesting this Court  at the next Loss Mitigation Status Conference scheduled before this Court on July 7, 2020, to set a deadline for document submission. In the meantime, our office will request an updated missing document list so we can capture any items that may have become stale since the initial submission date.

If this Court has any questions, please feel free to contact me. Thank you.

Very truly yours,
*/s/Barbara Dunleavy*
Barbara Dunleavy

**Additional Office Location:**
175 Mile Crossing Boulevard, Rochester, New York 14624 | Tel: (585) 247-9000 | Fax: (585) 247-7380

www.LOGS.com/shapiro_dicaro_barak